1  ELIZABETH L. MCKEEN (S.B. #216690)
   emckeen@omm.com
2  ASHLEY M. PAVEL (S.B. #267514)
   apavel@omm.com
3  O'MELVENY & MYERS LLP
   610 Newport Center Drive
4  17th Floor
   Newport Beach, California  92660-6429
5  Telephone:   (949) 823-6900
   Facsimile:    (949) 823-6994
6
   RANDALL W. EDWARDS (S.B. #179053)
7  redwards@omm.com
   O'MELVENY & MYERS LLP
8  Two Embarcadero Center, 28th Floor
   San Francisco, CA 94111-3823
9  Telephone:   (415) 984-8716
   Facsimile:    (415) 984-8701
10
   Attorneys for Defendant
11 Alteryx, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KACUR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALTERYX INC.,<br><br>　　　　　Defendant. | Case No. 8:17-cv-02222-JLS-KES<br><br>**Stipulation to Extend Time to Respond to Initial Complaint By 30 Days (L.R. 8-3)**<br><br>Complaint served: December 28, 2017<br>Current response date: January 18, 2018<br>New response date: February 16, 2018 |

JOINT STIPULATION
PURSUANT TO L.R. 8-3
8:17-CV-02222-JLS-KES

1    Pursuant to Local Rule 8-3 of the United States District Court for the Central
2 District of California, Plaintiff David Kacur and Defendant Alteryx, Inc. hereby
3 stipulate as follows:
4    WHEREAS, Plaintiff filed his Complaint in the above-entitled action on
5 December 20, 2017;
6    WHEREAS, Plaintiff served the Complaint on Alteryx on December 28,
7 2017;
8    WHEREAS, the current deadline for Alteryx to respond to the Complaint is
9 January 18, 2018;
10    WHEREAS, pursuant to Local Rule 8-3, the parties have agreed and
11 stipulated that Alteryx shall have an additional 30 days after January 18, 2018, to
12 respond to the Complaint; and
13    WHEREAS, no other requests for extension have been made or granted.
14    **NOW, THEREFORE, IT IS HEREBY STIPULATED** that Alteryx shall
15 have until February 16, 2018 to respond to Plaintiff's Complaint.

| | | |
|---|---|---|
| 1 | Dated: January 17, 2018 | **O'MELVENY & MYERS LLP** |
| 2 | | |
| 3 | | By:  /S/ Randall W. Edwards |
| 4 | | Randall W. Edwards |
| 5 | | Attorneys for Defendant Alteryx, Inc. |
| 6 | | |
| 7 | Dated: January 17, 2018 | **GREEN & NOBLIN, P.C.** |
| 8 | | By: /S/ Robert S. Green |
| 9 | | Robert S. Green |
| 10 | | Attorneys for Plaintiff David Kacur |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 17, 2018  **O'MELVENY & MYERS LLP**

By: /S/ Randall W. Edwards
Randall W. Edwards

Attorneys for Defendant
Alteryx, Inc.