| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| ELIZABETH L. MCKEEN (S.B. #216690) emkeen@omm.com |
| RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com |
| ASHLEY M. PAVEL (S.B. #267514) apavel@omm.com |
| O'MELVENY & MYERS LLP |
| 610 Newport Center Drive, 17th Floor |
| Newport Beach, California  92660-6429 |
| Telephone: (949) 823-6900 |
| Facsimile: (949) 823-6994 |

ATTORNEY(S) FOR: Alteryx, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

David Kacur et al.,

Plaintiff(s),

v.

Alteryx, Inc.

Defendant(s)

CASE NUMBER:

8:17-cv-02222-JLS-KES

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant Alteryx, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Alteryx, Inc. | Defendant in this action; Alteryx, Inc. is a publicly-held company with no parent corporations and no publicly-held corporation holding more than 10% of its stock. |

January 17, 2018
Date

/s/ Randall W. Edwards
Signature

Attorney of record for (or name of party appearing in pro per):

Alteryx, Inc.