# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KACUR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALTERYX INC.,<br><br>　　　　Defendant. | Case No. 8:17-cv-02222-JLS-KES<br><br>**Order On Joint Stipulation to Stay Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation** |

Having considered the concurrently filed Joint Stipulation to Stay Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation filed by Plaintiff David Kacur and Defendant Alteryx, Inc.,

**IT IS HEREBY ORDERED THAT:**

1. All proceedings in this case are stayed pending a decision by the JPML on Plaintiff's Motion to Consolidate;

2. The parties are to file a joint status report within 10 days after the JPML's entry of an order on Plaintiff's Motion to Consolidate;

3. In the event that the JPML issues an order denying the Motion to Consolidate, the parties' status report shall include a proposed briefing schedule on Alteryx's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: February 9, 2018

Hon. Josephine L. Staton
United States District Judge