JS-6

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:17-cv-02222-JLS-KES/8:18-cv-00963-JLS-JDE          Date: September 19, 2018

Title: David Kacur v. Alteryx, Inc./ Thomas Foskaris v. Alteryx, Inc.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTIONS**

On August 22, 2018, the parties filed a Notice of Voluntary Dismissal with prejudice as the named Plaintiffs' claims and without prejudice as to the claims of any putative class members.  (Doc. 42.)  The Court thereafter ordered the parties to brief the *Diaz* factors, if applicable.  *See Diaz v. Trust Territory of Pacific Islands*, 876 F.2d 1401 (9th Cir. 1989).

On September 4, 2018, the parties filed a Response that included an analysis of the *Diaz* factors.[1]  (Response, Doc. 44.)   Having reviewed the parties' briefing and finding that members of the putative class will not be prejudiced by granting the request for dismissal, pursuant to Fed. R. Civ. P. 41(a), the Court orders this action and the consolidated actions, *Ruderman v. Alteryx, Inc.*, 8:18-cv-00022-JLS-KES, *Foskaris v. Alteryx, Inc.*, 8:18-cv-00963-JLS-JDE, DISMISSED with prejudice as to the claims of the named Plaintiffs and without prejudice as to the claims of putative class members.

Initials of Preparer:  tg

_____

[1] A notice of dismissal was also filed by Plaintiff Foskaris in the related case *Foskaris v. Alteryx, Inc.*, 8:18-cv-00963-JLS-JDE, ECF No. 69.  The Response filed in the instant action addresses the claims asserted by Foskaris, although he did not file a separate brief.  (*See* Response at 3.)

_____